UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIO ENRIQUE RODRIGUEZ,<br>aka Eduardo Torres,<br>aka Felix Rivera Dueno,<br>aka Felix Josue Rivera-Dueno, | § § § § § § § § § § § § § § § § §   CRIMINAL NO: 4:08CR641 |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A    CRIMINAL INDICTMENT    has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

MARIO ENRIQUE RODRIGUEZ,

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on    October 1    , 2008.

_____
UNITED STATES MAGISTRATE JUDGE